**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendant, CITY OF VALLEJO, et al.

**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Ben.Nisenbaum@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiff
JIMMY BROOKS

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY BROOKS, an individual, | **Case No: 2:16-cv-02376-WBS-EFB** |
| Plaintiff, | |
| vs. | **STIPULATION RE SCHEDULING AND [PROPOSED] ORDER** |
| CITY OF VALLEJO, a municipal corporation; and DOES 1-50, inclusive, individually, jointly and severally, | |
| Defendants. | |

Due to the plaintiff's criminal case related to the arrest that is the subject of this case still pending in Solano County Superior Court, Case No. VCR224732, and pursuant to this court's Minute Order dated June 29, 2017, the parties hereby stipulate and agree to the following schedule to supersede the schedule in the court's Status (Pretrial Scheduling) Order, dated February 6, 2017 (Docket No. 10):

1. Expert discovery shall close March 1, 2018;
2. Non-expert discovery to close no sooner than May 1, 2018;
3. Dispositive motion filing cutoff be scheduled no sooner than July 1, 2018;
4. The pretrial conference be scheduled no sooner than September 1, 2018;
5. Jury trial in be set in October 2018;
6. All other deadlines to be set by local and federal rules and/or order of the court.

DATED: July 13, 2017

Respectfully submitted,

*/s/ Kelly J. Trujillo*
KELLY J. TRUJILLO
Assistant City Attorney
Attorney for CITY OF VALLEJO, et al.

DATED: July 13, 2017

/s/ *James Cook*
James Cook
Ben Nisenbaum
Attorneys for Plaintiff
Law Offices of John Burris

**ORDER**

**IT IS HEREBY ORDERED:**

February 6, 2017 (Docket No. 10):

7. Expert discovery shall close March 1, 2018;

8. Non-expert discovery to close by May 1, 2018;

9. Dispositive motion filing cutoff is set for July 1, 2018;

10. The Pretrial Conference is reset for **September 10, 2018 at 1:30 p.m**.;

11. Jury Trial is reset for **October 30, 2018 at 9:00 a.m.**;

12. All other deadlines to be set by local and federal rules and/or order of the court.

Dated: July 14, 2017

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE