**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  KELLY J. TRUJILLO**
Assistant City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:    (707) 648-4545
Fax:    (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net
*Attorneys for Defendants, CITY OF VALLEJO, et al.*

**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone:  (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Ben.Nisenbaum@johnburrislaw.com
James.Cook@johnburrislaw.com
*Attorneys for Plaintiff, JIMMY BROOKS*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY BROOKS, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>CITY OF VALLEJO,  a municipal corporation; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>        Defendants. | **Case No:   2:16-cv-02376-WBS-EFB**<br><br>**STIPULATION FOR PROTECTIVE ORDER AND [**~~PROPOSED~~**] ORDER** |

IT IS HEREBY STIPULATED BY ALL PARTIES to this action by and through their attorneys of record, that in order to protect the confidentiality of the records described below, any of said records disclosed are subject to a protective order (and designated as "Confidential Material") as follows:

1. Records pertaining to plaintiff Brooks from Vallejo Mental Health, including but not limited to treatment records, billing records, and any other records from said facility pertaining to plaintiff Brooks.

2. Confidential material may not be disclosed except as set forth in paragraphs 3- 5.

3. Confidential Material may be disclosed only to the following persons:

    a. Counsel for any party to this action.

    b. Paralegal, stenographic, clerical and secretarial personnel regularly employed by counsel referred to in 3(a);

    c. Court personnel including stenographic reporters engaged in such proceedings as are necessarily incidental to preparation for the trial of this action;

    d. Any outside expert or consultant retained in connection with this action, and not otherwise employed by either party;

    e. Any "in house" expert designated by defendant to testify at trial in this matter;

    f. Witnesses who may have the documents disclosed to them during deposition proceedings; the witnesses may not leave the depositions with copies of the documents, and shall be bound by the provisions of paragraph 5;

    g. Any Neutral Evaluator or other designated ADR provider;

    h. Parties to this action; and

    i. The jury, should this matter go to trial.

1. 4. Each person to whom disclosure is made, with the exception of counsel who are presumed to know of the contents of this protective order, shall, prior to disclosure: (1) be provided with a copy of this order by the person furnishing him/her such material, and (2) agree on the record or in writing that she/he has read the protective order and that she/he understand the provisions of the protective order. Such person must also consent to be subject to the jurisdiction of the United States District Court, Eastern District of California, with respect to any proceeding relating to the enforcement of this order.

5. In the event that either party wishes to file Confidential Material with the court, as an exhibit to a pleading or otherwise, the filing party shall first seek an order to file under seal pursuant to Local Rule 141. The Request to Seal Documents shall refer to this stipulation and protective order.

6. Nothing in this order shall preclude a party from showing or disclosing any documents, e.g., deposition transcript, pleading or brief, which otherwise contain Confidential Material as defined in paragraph 1, as long as such document has been redacted so as to prevent disclosure of such Confidential Material.

//
//
//
//
//
//
//
//
//
//
//
//

7. The foregoing is without prejudice to the right of any party (a) to apply to the Court for a further protective order relating to any Confidential Material or relating to discovery in this litigation; (b) to apply to the Court for an order removing the Confidential Material designation from any document; and (c) to apply to the Court for an order compelling production of documents or modification of this order or for any order permitting disclosure of Confidential Materials beyond the terms of this order.

DATED: August 30, 2017

Respectfully Submitted,

/ s / *Kelly J. Trujillo*
KELLY J. TRUJILLO
Assistant City Attorney
Attorney for Defendants,
CITY OF VALLEJO, et al.

DATED: August 30, 2017

/ s / *James Cook*
JAMES COOK
BEN NISENBAUM
Attorneys for Plaintiff,
JIMMY BROOKS

**IT IS SO ORDERED.**

Dated: August 31, 2017

UNITED STATES MAGISTRATE JUDGE