**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendants, CITY OF VALLEJO, et al.

**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Ben.Nisenbaum@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiff, JIMMY BROOKS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY BROOKS, an individual,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>CITY OF VALLEJO, a municipal corporation; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>　　　Defendants. | **Case No: 2:16-cv-02376-WBS-EFB**<br><br>**STIPULATION RE DISMISSAL OF CERTAIN PARTIES AND CAUSES OF ACTION IN THE FIRST AMENDED COMPLAINT and [PROPOSED] ORDER** |

The parties hereby stipulate and agree as follows:

1. The First Cause of Action for Violation of the Fourth Amendment of the United States Constitution – Unlawful Seizure against all defendants is dismissed with prejudice.
2. The Third Cause of Action for *Monell* – 42 U.S.C. §1983 against the City of Vallejo is dismissed with prejudice.
3. Defendants Ted Postolaki, Spencer Bottomley, and Jesse Hicks sued in their individual and official capacities in the First Amended Complaint are dismissed from the entire complaint with prejudice.
4. The Second, Fourth, Fifth, Sixth and Seventh Causes of Action remain in effect as against the remaining defendants: Jesse Irvin, Zach Jacobsen, Matt Samida and James Duncan.

SO STIPULATED.

DATED: May 31, 2018

Respectfully submitted,

 */s/ Kelly J. Trujillo*
KELLY J. TRUJILLO
Assistant City Attorney
Attorney for CITY OF VALLEJO, et al.

DATED: May 31, 2018

 */s/ James Cook*
James Cook
Ben Nisenbaum
Attorneys for Plaintiff
Law Offices of John Burris

## ORDER

**IT IS HEREBY SO ORDERED**.

Dated: June 1, 2018

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE