**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: KELLY J. TRUJILLO**
Assistant City Attorney, SBN 244286
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel: (707) 648-4545
Fax: (707) 648-4687
Email: kelly.trujillo@cityofvallejo.net

Attorneys for Defendant, CITY OF VALLEJO, et al.

**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com
Ben.Nisenbaum@johnburrislaw.com
James.Cook@johnburrislaw.com

Attorneys for Plaintiff
JIMMY BROOKS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY BROOKS, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, a municipal corporation; and DOES 1-50, inclusive, individually, jointly and severally,<br><br>Defendants. | **Case No: 2:16-cv-02376-WBS-EFB**<br><br>**STIPULATION AND ORDER TO ELECT REFERRAL OF ACTION TO VOLUNTARY DISPUTE RESOLUTION PROGRAM (VDRP) PURSUANT TO LOCAL RULE 271** |

Pursuant to Local Rule 271, the parties hereby agree to submit the above-entitled action to the Voluntary Dispute Resolution Program.

DATED: June 15, 2018         Respectfully submitted,

 */s/ Kelly J. Trujillo*
KELLY J. TRUJILLO
Assistant City Attorney
Attorney for CITY OF VALLEJO, et al.

DATED: June 18, 2018

 */s/ James Cook*
James Cook
Ben Nisenbaum
Attorneys for Plaintiff
Law Offices of John Burris

ORDER

**IT IS HEREBY ORDERED**.

Dated: June 18, 2018

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE