**JOHN L. BURRIS ESQ., SBN 69888**
**BENJAMIN NISENBAUM, ESQ., SBN 222173**
**JAMES COOK, ESQ., SBN 300212**
**LAW OFFICES OF JOHN L. BURRIS**
Airport Corporate Centre
7677 Oakport Street, Suite 1120
Oakland, California 94621
Telephone: (510) 839-5200
Facsimile: (510) 839-3882
John.Burris@johnburrislaw.com

Attorneys for Plaintiff
JIMMY BROOKS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JIMMMY BROOKS, | Case No.: 2:16-cv-02376-WBS-EFB |
| vs. | **PLAINTIFF'S NOTICE OF INTENT WITH RESPECT TO CLAIMS AND EXPERTS** |
| CITY OF VALLEJO, a municipal corporation; JESSE IRVIN individually and in his capacity as an Officer for Vallejo Police Department (VPD); ZACH JACOBSEN individually and in his capacity as an Officer for VPD; TED POSTOLAKI individually and in his capacity as an Sergeant for VPD; MATT SAMIDA individually and in his capacity as an Officer for VPD; and JAMES DUNCAN individually and in his capacity as an Officer for VPD, | |
| Defendants. | |

Pursuant to Docket 39 dsated September 10, 2018, the Court directed Plaintiff to inform the Court no later than September 28, 2019, which claims will be dismissed, and whether or not he will call an expert during trial.

Plaintiff respectfully submits the following status update:

1. Plaintiffs will not dismiss any claims. However, Plaintiff will submit more concise jury instructions.

2. Plaintiff and defense counsel have met and conferred regarding experts. Plaintiff will call an expert and Defendants will take the expert's deposition at Plaintiff's expense.

Dated: September 28, 2018        **THE LAW OFFICES OF JOHN L. BURRIS**

/s/ *James Cook*
James Cook
Attorney for Plaintiff

# PROOF OF SERVICE

I, Devin Satterfield address is Airport Corporate Center, 7677 Oakport Street, Suite 1120 Oakland, Ca 94621. I caused the foregoing:

- *Plaintiff's Notice of Intent With Respect to Claims and Experts – Jimmy Brooks v. City of Vallejo, et al., Case No. 2:16-cv-2376-WBS-EFB*

to be served on the following parties in the following manner:

Mail [ ] Overnight Mail [ ] Personal Service [ ] Email [X]

Timothy R. Smyth
Deputy City Attorney
City of Vallejo, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Email: Timothy.Smyth@cityofvallejo.net

I declare under penalty of perjury that the foregoing is true and correct and that this declaration of service was executed in Oakland, CA on September 28, 2018.

Signed: /s/ *Devin Satterfield*