| | |
|---|---|
| Claudia Quintana<br>City Attorney, SBN 178613<br>Kelly J. Trujillo<br>Assistant City Attorney, SBN 244286<br>Timothy R. Smyth<br>Deputy City Attorney, SBN 258661<br>CITY OF VALLEJO, City Hall<br>555 Santa Clara Street, P.O. Box 3068<br>Vallejo, CA 94590<br>Tel: (707) 648-4545<br>Fax: (707) 648-4687<br>Email: kelly.trujillo@cityofvallejo.net<br>       timothy.smyth@cityofvallejo.net | John L. Burris, State Bar No. 69888<br>Benjamin Nisenbaum, State Bar No. 222173<br>James Cook, State Bar No. 300212<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>Telephone: (510) 839-5200<br>Facsimile: (510) 839-3882<br>Email: john.burris@johnburrislaw.com<br><br>Attorneys for Plaintiff<br>JIMMY DALE BROOKS |

Richard W. Osman, State Bar No. 167993
Sheila D. Crawford, State Bar No. 278292
BERTRAND, FOX, ELLIOT, OSMAN & WENZEL
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Tele: (415) 353-0999
Fax: (415) 353-0990
Email: rosman@bfesf.com
       scrawford@bfesf.com

Attorneys for Defendants
JESSE IRVIN, ZACH JACOBSEN,
MATT SAMIDA and JAMES DUNCAN

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY BROOKS, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, a municipal corporation, and DOES 1-50, inclusive, individually, jointly and severally,<br><br>    Defendants. | Case No. 2:16-cv-02376-WBS-EFB<br><br>**JOINT STATEMENT OF THE CASE TO BE READ TO THE JURY**<br><br>Trial Date: October 30, 2018<br>Time: 9:00 am<br>Crtrm: 5<br><br>**Judge William B. Shubb** |

1

JOINT STATEMENT OF THE CASE TO BE READ TO THE JURY
*Brooks v. City of Vallejo Case* No. 2:16-cv-02376-WBS-EFB

Pursuant to the Court's Final Pretrial Order, plaintiff JIMMY DALE BROOKS and defendants Vallejo Police Officers JESSE IRVIN, ZACH JACOBSEN, MATT SAMIDA and JAMES DUNCAN submit the following joint statement of the case to be read to the jury:

The plaintiff in this case is Jimmy Dale Brooks. The defendants are Vallejo police officers Zach Jacobsen, Jesse Irvin, James Duncan and Matt Samida.

The incident giving rise to this case occurred on August 30, 2015 at 4:40 in the morning. Mr. Brooks' mother had called 911 at 2:30 am and requested police assistance with her son, plaintiff Jimmy Dale Brooks. This was the fourth call for assistance regarding Mr. Brooks that evening. When the officers arrived, Mr. Brooks was not present, so the officers waited for Mr. Brooks to return. At 4:40 am, Mr. Brooks returned to his house and the officers approached him in order to place him under arrest. Mr. Brooks maintains he did not resist the officers, while the officers maintain plaintiff actively resisted their efforts to arrest him. The officers used force against Mr. Brooks, which resulted in Mr. Brooks sustaining injuries.

Dated: October 10, 2018     BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/*Richard W. Osman*
    Richard W. Osman
    Sheila D. Crawford
    Attorneys for Defendants
    JESSE IRVIN, ZACH JACOBSEN, MATT SAMIDA and JAMES DUNCAN

Dated: October 10, 2018     LAW OFFICES OF JOHN L. BURRIS

By: /s/ *James Cook*
    Benjamin Nisenbaum
    James Cook
    Attorneys for Plaintiff
    JIMMY DALE BROOKS