| | |
|---|---|
| Claudia Quintana<br>City Attorney, SBN 178613<br>Kelly J. Trujillo<br>Assistant City Attorney, SBN 244286<br>Timothy R. Smyth<br>Deputy City Attorney, SBN 258661<br>CITY OF VALLEJO, City Hall<br>555 Santa Clara Street, P.O. Box 3068<br>Vallejo, CA 94590<br>Tel: (707) 648-4545<br>Fax: (707) 648-4687<br>Email: kelly.trujillo@cityofvallejo.net<br>        timothy.smyth@cityofvallejo.net<br><br>Richard W. Osman, State Bar No. 167993<br>Sheila D. Crawford, State Bar No. 278292<br>BERTRAND, FOX, ELLIOT, OSMAN & WENZEL<br>The Waterfront Building<br>2749 Hyde Street<br>San Francisco, California 94109<br>Tele: (415) 353-0999<br>Fax: (415) 353-0990<br>Email: rosman@bfesf.com<br>        scrawford@bfesf.com<br><br>Attorneys for Defendants<br>JESSE IRVIN, ZACH JACOBSEN,<br>MATT SAMIDA and JAMES DUNCAN | John L. Burris, State Bar No. 69888<br>Ben Nisenbaum, State Bar No. 222173<br>James Cook, State Bar No. 300212<br>LAW OFFICES OF JOHN L. BURRIS<br>Airport Corporate Centre<br>7677 Oakport Street, Suite 1120<br>Oakland, CA 94621<br>Telephone: (510) 839-5200<br>Facsimile: (510) 839-3882<br>Email: john.burris@johnburrislaw.com<br>       James.cook@johnburrislaw.com<br><br>Attorneys for Plaintiff<br>JIMMY BROOKS |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| JIMMY BROOKS,<br><br>    Plaintiff,<br><br>v.<br><br>CITY OF VALLEJO, et al.<br><br>    Defendants. | Case No. 2:16-cv-02376-WBS-EFB<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION**<br><br><br>**Hon. William B. Shubb** |

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION
*Brooks v. City of Vallejo Case* No. 2:16-cv-02376-WBS-EFB

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

IT IS HEREBY STIPULATED by and between Plaintiff JIMMY BROOKS and Defendants JESSE IRVIN, ZACH JACOBSEN, MATT SAMIDA and JAMES DUNCAN (collectively "the Parties") by and through their respective designated counsel that this action be hereby dismissed with prejudice pursuant to FRCP 41(a)(1).

Each party will bear their own costs and attorney's fees.

Dated: November 26, 2018                    BERTRAND, FOX, ELLIOT, OSMAN & WENZEL

By: /s/*Richard W. Osman*
　　Richard W. Osman
　　Sheila D. Crawford
　　Attorneys for Defendants
　　JESSE IRVIN, ZACH JACOBSEN,
　　MATT SAMIDA and JAMES DUNCAN

Dated: November 21, 2018                    LAW OFFICES OF JOHN L. BURRIS

By: */s/ Ben Nisenbaum*
　　John L. Burris
　　Ben Nisenbaum
　　James Cook
　　Attorneys for Plaintiff
　　JIMMY BROOKS

**ATTORNEY ATTESTATION**

I hereby attest that I have on file all holograph signatures for any signatures indicated by a conformed signature ("/s/") within this E-filed document or have been authorized by counsel to show their signature on this document as /s/.

Dated: November 26, 2018                    By: /s/ *Richard W. Osman*
　　　　　　　　　　　　　　　　　　　　　　　Richard W. Osman

1

STIPULATION OF DISMISSAL AND [PROPOSED] ORDER TO DISMISS THE ENTIRE ACTION
*Brooks v. City of Vallejo Case* No. 2:16-cv-02376-WBS-EFB

| | |
|---|---|
| 1 | **[PROPOSED] ORDER DIMSISSING THE ENTIRE ACTION** |
| 2 | **PURSUANT TO THE PARTIES STIPULATION,** it is hereby ORDERED that Defendants |
| 3 | JESSE IRVIN, ZACH JACOBSEN, MATT SAMIDA and JAMES DUNCAN are dismissed from this |
| 4 | action with prejudice and that the entire action is dismissed with prejudice. |
| 5 | Each party is to bear their own attorney's fees and costs. |
| 6 | **IT IS SO ORDERED.** |
| 7 | Dated: November 27, 2018 |
| 8 | _____<br>WILLIAM B. SHUBB<br>UNITED STATES DISTRICT JUDGE |